# Order

Michigan Supreme Court
Lansing, Michigan

July 31, 2006

Clifford W. Taylor,
Chief Justice

130886

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DIANE STESLICKI,
          Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
          Defendant.

SC: 130886
AGC: 3008/05

_____/

On the order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

Clerk

p0724